

No. 99A1052 (99–9917). BURKET v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.

No. 99–10090 (99A1056). IN RE PROVENZANO. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 99–10089 (99A1055). PROVENZANO v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. .

JUNE 22, 2000

.

No. 99–10120 (99A1065). IN RE GRAHAM. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.

JUNE 26, 2000

No. 99–935. CHANDLER, FATHER AND NEXT FRIEND OF CHANDLER v. SIEGELMAN, GOVERNOR OF ALABAMA AND PRESIDENT OF THE STATE BOARD OF EDUCATION, ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded